**JUDGE CHIN**    **07 CV 10723**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
EASTERN OCEAN TRANSPORTATION CO. LTD.,

    Plaintiff,

- against -

UNIVERSAL SHIPPING & TRADING CO.,

    Defendant.
--------------------------------------------------------------X

07 Civ.

ECF CASE



### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: November 29, 2007
       New York, NY

                The Plaintiff,
                EASTERN OCEAN TRANSPORTATION CO. LTD.

                By: _____
                Charles E. Murphy
                Nancy R. Peterson
                Kevin J. Lennon
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com
                nrp@lenmur.com
                kjl@lenmur.com