JUDGE CHIN    07 CV 10723

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

EASTERN OCEAN TRANSPORTATION CO. LTD.,    :

                              Plaintiff,    :

    - against -    :

UNIVERSAL SHIPPING & TRADING CO.,    :

                           Defendant.    :
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|7|07

ECF CASE

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

    An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on November 28,

2007, and good cause shown having been shown, it is hereby

    ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson

or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any

process server employed by Gotham Process Servers, be and is hereby appointed, in addition to

the United States Marshal, to serve the Process of Attachment and Garnishment and/or the

Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any

other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff)

may hold assets of, for or on account of, Defendant.

Dated: New York, NY
~~November ____, 2007~~
12|4|07

_____
              U.S.D.J.

A TRUE COPY OF THE WRIT ISSUED
J. MICHAEL McMAHON, CLERK

BY _____
           DEPUTY CLERK