CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EASTERN OCEAN TRANSPORTATION CO. LTD., :
:
:
               Plaintiff, :     **07-CV-10723**
:
              v. :     **NOTICE OF**
:     **APPEARANCE**
UNIVERSAL SHIPPING & TRADING CO., :
:
:
:
             Defendants. :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
          December 11, 2007

                               CLARK, ATCHESON & REISERT
                               Attorneys for Garnishee
                               Societe Generale New York Branch

     By:   _____
                               Richard J. Reisert (RR-7118)
                               7800 River Road
                               North Bergen, NJ  07047
                               Tel: (201) 537-1200
                               Fax: (201) 537-1201
                               Email:  reisert@navlaw.com