```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EASTERN OCEAN TRANSPORTATION CO. LTD.,

           Plaintiff,

  - against -

UNIVERSAL SHIPPING & TRADING CO.,

           Defendant.
----------------------------------------------------------X

07 Civ. 10723 (DC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff having confirmed receipt of the settlement payment, the attachment is hereby vacated and all garnishee banks including but not limited to, Wachovia, are directed to immediately release Defendant's remaining funds in the approximate amount of $54,404.93 which they restrained pursuant to the Ex-Parte Order issued in the instant action pursuant to the following account:

Fokus Bank ASA, 7466 Trondheim, Norway
SWIFT code: DABADKKK in favour of DABANO22
Credit account no.: 8101 0843 251
IBAN: NO57 8101 0843 251
Beneficiary: Bery Maritime AS
Ref: VOC GALLANT

Dated: April 4, 2008
       Southport, CT

                                       The Plaintiff,
                                       EASTERN OCEAN TRANSPORTATION CO. LTD.

                                       By: _____
                                       Nancy R. Peterson (NP 2871)
                                       LENNON, MURPHY & LENNON, LLC
                                       420 Lexington Ave., Suite 300
                                       New York, NY 10170
                                       Phone (212) 490-6050
                                       Fax (212) 490-6070

SO ORDERED.

[signature]
USDJ
4/4/08